■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VINNIE B. WEATHER, Appellant. (Appeal No. 2.) [964 NYS2d 445]— Appeal from a judgment of the Oneida County Court (Barry M. Donalty, J.), rendered August 3, 2010. The judgment convicted defendant, upon his plea of guilty, of driving while intoxicated, a class E felony.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Same memorandum as in *People v Weather* (106 AD3d 1518 [2013]). Present—Scudder, P.J., Centra, Carni, Sconiers and Martoche, JJ.